**ORIGINAL**

Kim Dockstader, ISB No. 4207
Gregory C. Tollefson, ISB No. 5643
STOEL RIVES LLP
101 South Capitol Boulevard, Suite 1900
Boise, ID 83702-5958
Telephone: (208) 389-9000
Facsimile: (208) 389-9040
kdockstader@stoel.com
gctollefson@stoel.com

Attorneys for Defendant Micron Electronics, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KIMBERLEY SMITH, MICHAEL B. HINCKLEY, JACQUELINE T. HLADUN, MARILYN J. CRAIG, JEFFERY P. CLEVENGER, and TIMOTHY C. KAUFMANN, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>MICRON ELECTRONICS, INC., a Minnesota corporation,<br><br>Defendant. | Case No. CIV 01-0244-S-BLW<br><br>**DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' STATEMENT OF MATERIAL FACTS (Docket No. 220) FILED IN OPPOSITION TO MICRON ELECTRONICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE STATUTES OF LIMITATION** |

Defendant Micron Electronics, Inc. ("Defendant" or "MEI"), by and through its attorneys, Stoel Rives LLP, respectfully submits this Motion to strike "Plaintiffs' Statement of Material Facts" (Docket No. 220) filed in opposition to MEI's Motion for Partial Summary Judgment Re Statutes of Limitation.

Plaintiffs' Statement of Facts should be stricken because it fails to comply with District of Idaho Local Civil Rule 7.1(c)(2), is not supported by any properly authenticated testimony, and, in the alternative, violated Federal Rule of Civil Procedure 56(e).

DATED this 3 day of August, 2004.

STOEL RIVES LLP

Kim Dockstader

**DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' STATEMENT OF MATERIAL FACTS (Docket No. 220) FILED IN OPPOSITION TO MICRON ELECTRONICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE STATUTES OF LIMITATION - 1**

Boise-174321.1 0026493-00046

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3ʳᵈ day of August, 2004, I caused to be served a true

and correct copy of the foregoing **DEFENDANT'S MOTION TO STRIKE PLAINTIFFS'**

**STATEMENT OF MATERIAL FACTS (Docket No.  220) FILED IN OPPOSITION TO**

**MICRON ELECTRONICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**RE STATUTES OF LIMITATION** by the method indicated below, addressed to the

following:


William H. Thomas
Daniel E. Williams
Christopher F. Huntley
HUNTLEY PARK LLP
250 South Fifth Street
PO Box 2188
Boise, Idaho  83701-2188
Fax: 208 345 7894

[X] Via U. S. Mail
[ ] Via Hand-Delivery
[ ] Via Overnight Delivery
[x] Via Facsimile


Kim Dockstader


**DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' STATEMENT OF MATERIAL
FACTS (Docket No.  220) FILED IN OPPOSITION TO MICRON ELECTRONICS,
INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE STATUTES OF
LIMITATION - 2**

Boise-174321.1 0026493-00046